# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States Of America,<br>Plaintiff, V.<br>Adrian Ortiz Moreno,<br>aka El Apache,<br>Brenda Maria Moreno De Castro,<br>Martin Castro, Jr.,<br>David Romero Hernandez,<br>Edgar Rosas,<br>Juan Martinez Ramirez, and<br>Walter Estrada Carlos,<br>Defendants. | Case No. 2:26-mj-00558-NJK<br>Order to Seal<br>(Filed Under Seal) |

FILED
AUG 03 2026
US DISTRICT COURT
DISTRICT OF NEVADA

This matter coming before the Court on the Government's Motion to Seal, the premises therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Complaint, Supporting Affidavit, the Government's Motion to Seal, and this Order in the above-captioned matter now pending, shall be, and are, SEALED until further Order of the Court.

DATED this 3rd day of August 2026.

HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE